HARRY SEIDEN, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

DOROTHY KRIKORIAN, Appellant-Respondent, v. GEORGE KRIKORIAN, Respondent-Appellant.— Order unanimously modified so as to reduce the counsel fee to $500 and, as so modified, affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

FRED W. EGGERS, Respondent, v. MARLIN COAL & FUEL CORP., Appellant, et al., Defendants.— Order unanimously modified so as to refer the issue of service of process to an official referee and, as so modified, affirmed, with $20 costs and disbursements to abide the event. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

SWORD LINE, INC., Appellant, v. GREENPOINT COAL DOCKS, INC., Respondent. — Order unanimously affirmed, with $20 costs and disbursments to the respondent. No opinion. The date for the taking of the deposition of the witness shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

EVA BURSTEIN, Respondent, v. HARRY BURSTEIN, Appellant.— Order unanimously modified by reducing alimony to $500 per month and counsel fee to $1,000 and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

EVAN ELLIS, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Will of LAURA A. DELANO, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to a motion for examination upon proof by affidavit that the matters are within the knowledge of defendant. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

ROSEMARY GURNEY, Respondent, v. JAMES H. GURNEY, Appellant.— Order unanimously modified so as to reduce alimony to $15 per week and counsel fee to $150 and, as so modified, affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

ESDRAS E. DANDENEAU, Respondent, v. WOONSOCKET SPINNING COMPANY, INC., Appellant.— Order unanimously modified by eliminating examination as to items 9, 10 and 11 and by directing the examination to proceed in defendant's main office in Woonsocket, R. I., by an officer of the defendant corporation, familiar with the facts, to be named in the order to be settled herein and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.